UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-80022-DMM

Ryan Gould,

    Plaintiff,

v.

Bethany Guerriero, *et ano.*,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Ryan Gould appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment granting the motions for summary judgment filed by Defendants Bethany Guerriero and Joseph Strzelecki, entered in this action on August 29, 2024. [ECF Nos. 56, 57].

Dated: August 30, 2024

Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
9000 Dadeland Blvd. #1500
Miami, Florida 33156
Tel. (305) 523-9023
james@slater.legal

*Attorneys for Plaintiff Ryan Gould*