No. 24-12818-F

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

RYAN GOULD,

*Plaintiff-Appellant,*

v.

BETHANY GUERRIERO, *et ano.*,

*Defendants-Appellees*.

On appeal from the United States District Court
for the Southern District of Florida

No. 9:24-cv-80022

**APPELLANT'S UNOPPOSED MOTION TO DISMISS
APPEAL AS TO APPELLEE JOSEPH STRZELECKI ONLY**

James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
Tel. (305) 523-9023
james@slater.legal

*Attorneys for Plaintiff-Appellant
Ryan Gould*

*Gould v. Guerriero et ano.,* Case No. 24-12818-F

# CERTIFICATE OF INTERESTED PERSONS

Under Rule 26.1 and 11th Cir. Rule 26.1-1(a)(3), Plaintiff-Appellant Ryan Gould certifies that the following persons have an interest in the outcome of this case:

1. Alexander, Scott D. (Attorney for Defendant-Appellee Joseph Strzelecki);

2. Gould, Ryan (Plaintiff-Appellant);

3. Guerriero, Bethany (Defendant-Appellee);

4. Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A. (Attorneys for Defendant-Appellee Joseph Strzelecki);

5. King, Ralph E. (Attorney for Defendant-Appellee Bethany Guerriero);

6. King Morse, PLLC (Attorneys for Defendant-Appellee Bethany Guerriero);

7. Law Office of Eric A. Rice, LLC (Attorneys for Plaintiff-Appellant Ryan Gould);

8. Matthewman, The Honorable William (United States Magistrate Judge);

9. Middlebrooks, The Honorable Donald M. (United States District Judge);

*Gould v. Guerriero et ano.,* Case No. 24-12818-F

---

    10.    Morse, Gregory J. (Attorney for Defendant-Appellee Bethany Guerriero);

    11.    Rice, Eric A. (Attorney for Plaintiff-Appellant Ryan Gould);

    12.    Slater, James M. (Attorney for Plaintiff-Appellant Ryan Gould);

    13.    Slater Legal PLLC (Attorneys for Plaintiff-Appellant Ryan Gould); and

    14.    Strzelecki, Joseph (Defendant-Appellee).

No publicly traded company or corporation is known to have an interest in the outcome of this appeal.

Dated: September 9, 2024.

                              Respectfully submitted,

                              */s/ James M. Slater*
                              James M. Slater (FBN 111779)
                              Slater Legal PLLC
                              2296 Henderson Mill Rd. NE #116
                              Atlanta, GA 30345
                              james@slater.legal
                              Tel. (305) 523-9023

                              *Attorneys for Plaintiff-Appellant*

Pursuant to Rule 42(b) and 11th Cir. Rule 42-1(a), Plaintiff-Appellant Ryan Gould files this unopposed motion to dismiss Defendant-Appellee Joseph Strzelecki from this appeal. Nothing in this motion is intended to affect Plaintiff-Appellant's appeal as to Defendant-Appellee Bethany Guerriero, against whom the appeal remains pending.

As grounds, Plaintiff-Appellant and Defendant-Appellee Strzelecki have reached a negotiated resolution which resolves this matter as to Defendant-Appellee Strzelecki. As part of that resolution, Plaintiff-Appellant and Defendant-Appellee Strzelecki have agreed to bear their respective fees and costs. Defendant-Appellee Guerriero does not oppose Plaintiff-Appellant's request to dismiss Defendant-Appellee Strzelecki from this appeal.

WHEREFORE, Plaintiff-Appellant Ryan Gould respectfully requests that the Court grant this motion and dismiss Defendant-Appellee Joseph Strzelecki from this appeal, with each party to bear their own fees and costs.

Dated: September 9, 2024.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, GA 30345
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Plaintiff-Appellant*

**Certificate of Service**

Pursuant to 11th Cir. Rule 25-3, I hereby certify that a true and correct copy of the foregoing document was served by the CM/ECF system on all counsel or parties of record on the service list.

                                               */s/ James M. Slater*
                                               James M. Slater

**Certificate of Compliance with Type-Volume Limitation,
Typeface and Type-Style Requirements**

I certify that this brief complies with the requirements of Rule 27(d) and 11th Cir. Rule 27-1(a)(11) because this motion contains 130 words and this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

                                               */s/ James M. Slater*
                                               James M. Slater