In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12818

_____

RYAN GOULD,

Plaintiff-Appellant,

*versus*

BETHANY GUERRIERO,
JOSEPH STRZELECKI,
individually,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:24-cv-80022-DMM

_____

Before JORDAN and JILL PRYOR, Circuit Judges.

BY THE COURT:

    "Appellant's Unopposed Motion to Dismiss Appeal as to Appellee Joseph Strzelecki Only," requesting that Appellant's appeal as to Appellee Joseph Strzelecki be dismissed due to settlement, with the parties to bear their own fees and costs, is GRANTED. The motion does not affect Appellant's appeal as to remaining Appellee Bethany Guerriero.